JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA M. SMALLWOOD,   )<br>                             )<br>          Plaintiff,   )<br>                             )<br>     v.                      )<br>                             )<br>UNITED STATES               )<br>GOVERNMENT,                 )<br>                             )<br>          Defendants.   )<br>_____ | Case No. EDCV 12-00023 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of defendant United States and Plaintiff's Complaint be DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: January 4, 2013            _____
                                      VIRGINIA A. PHILLIPS
                                    United States District Judge